UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00068-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RAMIRO CALIXTRO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant Ramiro Calixtro's Motion In Limine [DE-95]. The instant motion was filed on February 12, 2016, in anticipation of trial. On February 17, 2016, Defendant Calixtro pled guilty to the charges against him. [DE-117]. Accordingly, Defendant Calixtro's Motion In Limine [DE-95] is DISMISSED as moot.

SO ORDERED.

This, the 8th day of March, 2016.

JAMES C. FOX
Senior United States District Judge